Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
tlewis@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A. (incorrectly named as Wells Fargo Financial National Bank)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CODY M. BUNGANICH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO FINANCIAL NATIONAL BANK,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-00513-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Cody M. Bunganich ("Plaintiff"), through his attorney, Mitchell D. Gliner, and Defendant Wells Fargo Bank, N.A. (incorrectly sued as Wells Fargo Financial National Bank)("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

In the interest of conserving client and judicial resources, Plaintiff and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **May 10, 2019**, in which to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is intended so that Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

///

4815-7906-0882

| | |
|---|---|
| Dated: April 4, 2019 | Dated: April 4, 2019 |
| SNELL & WILMER L.L.P. | OFFICE OF MITCHELL D. GLINER |
| By: */s/ Tanya N. Lewis* <br> Kelly H. Dove (NV Bar No. 10569) <br> Tanya N. Lewis (NV Bar No. 8855) <br> 3883 Howard Hughes Parkway <br> Suite 1100 <br> Las Vegas, Nevada 89169 <br> *Attorneys for Defendant Wells Fargo Bank, N.A.* <br> *(incorrectly named as Wells Fargo Financial National Bank* | By: */s/ Mitchell D. Gliner* <br> Mitchell D Gliner (NV Bar No. 3419) <br> 3017 W Charleston Blvd Ste 95 <br> Las Vegas, NV 89102-1928 <br> 702-870-8700 <br> Fax: 702-870-0034 <br><br> *Attorney for Plaintiff Cody M. Bunganich* |

## ORDER

IT IS ORDERED THAT Wells Fargo's time to respond to Plaintiff's Complaint shall be extended to on or before May 10, 2019.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED April 4, 2019.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Kelly H. Dove (NV Bar No. 10569)
Tanya N. Lewis (NV Bar No. 8855)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant Wells Fargo Bank, N.A.*
*(incorrectly named as Wells Fargo Financial National Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court for the U. S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: April 4, 2019

                                                                    */s/ Susan Ballif*
                                                                    An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200