Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
        tlewis@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*
*(incorrectly named as Wells Fargo Financial*
*National Bank)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CODY M. BUNGANICH,<br><br>                    Plaintiff,<br><br>vs.<br><br>WELLS FARGO FINANCIAL NATIONAL BANK,<br><br>                    Defendant. | Case No. 2:19-cv-00513-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR WELLS FARGO TO RESPOND TO PLAINTIFF'S MOTION FOR STATUS CONFERENCE**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Cody M. Bunganich ("Plaintiff"), through his attorney, Mitchell D. Gliner, and Defendant Wells Fargo Bank, N.A. (incorrectly sued as Wells Fargo Financial National Bank)("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

In the interest of conserving client and judicial resources, Plaintiff and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **September 3, 2019**, in which to file its response to Plaintiff's Motion for Status Conference ("Motion") [ECF No. 20].

//

//

//

This is the first request for an extension of time to respond to the Motion and is not intended to cause any delay or prejudice to any party, but is intended so that the parties can continue to negotiate the terms of the settlement agreement with the intent of arriving at a final agreement before September 3, 2019.

Dated: August 20, 2019

SNELL & WILMER L.L.P.

By: */s/ Tanya N. Lewis*
    Kelly H. Dove (NV Bar No. 10569)
    Tanya N. Lewis (NV Bar No. 8855)
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, Nevada 89169
    *Attorneys for Defendant Wells Fargo*
    *Bank, N.A.*
    *(incorrectly named as Wells Fargo*
    *Financial National Bank)*

Dated: August 20, 2019

OFFICE OF MITCHELL D. GLINER

By: */s/ Mitchell D. Gliner*
    Mitchell D Gliner (NV Bar No. 3419)
    3017 W Charleston Blvd Ste 95
    Las Vegas, NV 89102-1928
    702-870-8700
    Fax: 702-870-0034

    *Attorney for Plaintiff Cody M. Bunganich*

    *(e-signed with permission)*

## **ORDER**

**IT IS ORDERED THAT Wells Fargo's time to respond to Plaintiff's Motion shall be extended to on or before September 3, 2019.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED August ___23___, 2019.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Kelly H. Dove (NV Bar No. 10569)
Tanya N. Lewis (NV Bar No. 8855)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant Wells Fargo Bank, N.A.*
*(incorrectly named as Wells Fargo Financial National Bank)*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR WELLS FARGO TO RESPOND TO PLAINTIFF'S MOTION FOR STATUS CONFERENCE** with the Clerk of the Court for the U. S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: August 20, 2019

_/s/ Susan Ballif_
An Employee of Snell & Wilmer L.L.P.

4831-3156-1377