**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

CODY M. BUNGANICH,

           Plaintiff,

vs.

WELLS FARGO FINANCIAL NATIONAL BANK,

           Defendant.

2:19-cv-00513-RFB-VCF
**<u>ORDER</u>**

Before the court are Plaintiff's Motion for Status Conference (ECF No. 20) and the Amended Joint Status Report on Settlement (ECF No. 24).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Status Conference (ECF No. 20) and the Amended Joint Status Report on Settlement (ECF No. 24) are GRANTED.

IT IS FURTHER ORDERED that a status conference is scheduled for 11:30 AM, September 23, 2019, in Courtroom 3D. The hearing will be vacated upon the filing of the proposed Stipulation and Order for Dismissal.

DATED this 26th day of August, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE