# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CODY M. BUNGANICH,<br><br>   Plaintiff,<br><br>vs.<br><br>WELLS FARGO FINANCIAL NATIONAL BANK,<br><br>   Defendant. | 2:19-cv-00513-RFB-VCF<br><br>**ORDER** |

  Before the court is Plaintiff's Motion to Require Defendant's Corporate Representative, with Authority to Resolve the Action, to Attend the September 23, 2019 Status Conference (ECF No. 26).

  Accordingly,

  IT IS HEREBY ORDERED that the reply in support of Plaintiff's Motion to Require Defendant's Corporate Representative, with Authority to Resolve the Action, to Attend the September 23, 2019 Status Conference (ECF No. 26) must be filed on or before September 19, 2019.

  DATED this 16th day of September, 2019.

                      CAM FERENBACH
                      UNITED STATES MAGISTRATE JUDGE