# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CODY M. BUNGANICH,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO FINANCIAL NATIONAL BANK,<br><br>        Defendant. | 2:19-cv-00513-RFB-VCF<br><br>**ORDER** |

    Before the court is Plaintiff's Motion to Require Defendant's Corporate Representative, with Authority to Resolve the Action, to Attend the October 7, 2019 Status Conference (ECF No. 31).

    Accordingly,

    IT IS HEREBY ORDERED that any opposition to Plaintiff's Motion to Require Defendant's Corporate Representative, with Authority to Resolve the Action, to Attend the October 7, 2019 Status Conference (ECF No. 31) must be filed on or before October 2, 2019.  No reply needed.

    DATED this 26th day of September, 2019.

                                                                                  CAM FERENBACH
                                                                                  UNITED STATES MAGISTRATE JUDGE