**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

CODY M BUNGANICH,

               Plaintiff,

vs.

WELLS FARGO FININCIAL NATIONAL BANK,

               Defendant.

2:19-cv-00513-RFB-VCF

**ORDER**

The parties have filed a proposed stipulation and order for dismissal with prejudice (ECF NO. 35).

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for October 7, 2019, is VACATED.

DATED this 4th day of October, 2019.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE